STATE OF NEW JERSEY v. FRANK R. HOFF.

April 10, 1978. Certification to the Superior Court, Law Division is granted.

STATE OF NEW JERSEY v. JOHN BUONURA.

April 10, 1978. Motion for leave to appeal is granted.

PATERSON REDEVELOPMENT AGENCY v. MAX SCHULMANN.

April 18, 1978. Petition for certification granted.

JOHN CAULFIELD v. GARY HILTON, SUPERINTENDENT OF TRENTON STATE PRISON.

April 18, 1978. Petition for certification denied.

YELLOW DUCK NURSERY, INC., v. DEPARTMENT OF INSTITUTIONS AND AGENCIES OF THE STATE OF NEW JERSEY.

April 18, 1978. Petition for certification denied. (See 155 *N. J. Super.* 56).

STATE OF NEW JERSEY v. G. T. T.

April 18, 1978. Petition for certification denied.